# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NANCY SORIANO,<br><br>    Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY INSURANCE COMPANY,<br><br>    Defendant. | Case No. 2:23-cv-00305-CDS-NJK<br><br>**ORDER**<br><br>[Docket No. 16] |

    Pending before the Court is the parties' stipulation to extend discovery deadlines. Docket No. 16.

    A request to extend discovery deadlines must include a statement specifying the discovery completed, a specific description of the discovery that remains, the reasons why the subject deadline cannot be met, and a proposed schedule for completing the outstanding discovery. Local Rule 26-3. The request must also be supported by a showing of good cause. *Id.* The good cause analysis turns on whether the subject deadlines cannot reasonably be met despite the exercise of diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). This showing of diligence is measured by the movant's conduct throughout the entire period of time already allowed. *CC.Mexicano.US, LLC v. Aero II Aviation, Inc.*, 2015 U.S. Dist. LEXIS 169110, at *11-12 (D. Nev. Dec. 15, 2015). If diligence is not established, the Court's inquiry should end. *Johnson*, 975 F.2d at 609 (internal citation omitted).

    Here the parties have not demonstrated diligence. The parties submit that they have provided Rule 26 disclosures to each other and completed some written discovery. Docket No. 16 at 1. However, they fail to disclose what specific written discovery has been done or the dates on which that discovery was completed. Such a minimal submission does not allow the Court to

evaluate the parties' diligence during the period allowed thus far. Therefore, the Court cannot find good cause and the inquiry ends.

Accordingly, the parties' stipulation to extend discovery deadlines is **DENIED** without prejudice. Docket No. 16. Any subsequent request must fully elaborate what discovery has been completed thus far and fully comply with all applicable case law and the Local Rules.

IT IS SO ORDERED.

Dated: August 9, 2023

                                                          _____
                                                          Nancy J. Koppe
                                                          United States Magistrate Judge