# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NANCY SORIANO,

    Plaintiff,

v.

STATE FARM FIRE AND CASUALTY INSURANCE COMPANY,

    Defendant.

Case No. 2:23-cv-00305-CDS-NJK

**ORDER**

[Docket No. 18]

    Pending before the Court is the parties' amended stipulation to extend discovery deadlines. Docket No. 18.

    A request to extend discovery deadlines must include a statement specifying the discovery completed, a specific description of the discovery that remains, the reasons why the subject deadline cannot be met, and a proposed schedule for completing the outstanding discovery. Local Rule 26-3. The request must also be supported by a showing of good cause. *Id.* The good cause analysis turns on whether the subject deadlines cannot reasonably be met despite the exercise of diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). This showing of diligence is measured by the movant's conduct throughout the entire period of time already allowed. *CC.Mexicano.US, LLC v. Aero II Aviation, Inc.*, 2015 U.S. Dist. LEXIS 169110, at *11-12 (D. Nev. Dec. 15, 2015). If diligence is not established, the Court's inquiry should end. *Johnson*, 975 F.2d at 609 (internal citation omitted).

    Here the parties have not demonstrated diligence. The Court denied the parties' previous stipulation because the parties failed to provide a fulsome description of what discovery has been completed thus far. *See* Docket No. 17. The instant stipulation provides no further information on the completed discovery (as an example, the dates on which the discovery was completed) and, instead, identifies discovery that remains to be completed as already being done. *See* Docket No.

18 at 2; *see also* Docket No. 16 (first stipulation).  As the Court has already told the parties, such a minimal submission does not allow the Court to evaluate the parties' diligence during the discovery period allowed thus far.  Therefore, the Court cannot find good cause and the inquiry ends.

Accordingly, the parties' amended stipulation to extend discovery deadlines is **DENIED** without prejudice.  Docket No. 18.  Any subsequent stipulation must correctly identify and provide a fulsome description of the discovery completed thus far, and fully comply with all applicable case law and the Local Rules.

IT IS SO ORDERED.

Dated: August 10, 2023

					_____
					Nancy J. Koppe
					United States Magistrate Judge