# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NANCY SORIANO,<br><br>    Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY INSURANCE COMPANY,<br><br>    Defendant(s). | Case No. 2:23-cv-00305-CDS-NJK<br><br>**ORDER**<br><br>[Docket No. 27] |

Pending before the Court is a stipulation to extend case management deadlines by 90 days. Docket No. 27.

A request to extend unexpired deadlines in the scheduling order must be premised on a showing of good cause. Fed. R. Civ. P. 16(b)(4); Local Rule 26-3. The good cause analysis turns on whether the subject deadlines cannot reasonably be met despite the exercise of diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 610 (9th Cir. 1992). The required showing of diligence is measured by the conduct displayed throughout the entire period of time already allowed. *See, e.g.*, *Muniz v. United Parcel Serv., Inc.*, 731 F. Supp. 2d 961, 967 (N.D. Cal. 2010). "When a request to extend case management deadlines is made by stipulation, courts may consider the joint nature of the request in deciding whether the circumstances warrant an amendment to the scheduling order. Nonetheless, courts addressing such requests are deciding at bottom whether to modify their own orders, an issue that need not be based necessarily on the promptings of the parties." *Williams v. James River Grp.*, 627 F. Supp. 3d 1172, 1178 (D. Nev. 2022).

Here, the parties have not demonstrated diligence. The parties have completed minimal discovery during the already lengthy discovery period and essentially none since September. *See* Docket No. 27 at 2-3. Such minimal discovery does not constitute diligence to warrant an extension of the case management deadlines. As a one-time courtesy, however, the Court will extend the discovery deadlines by 45 days. The parties must act diligently in completing discovery as no further extensions will be granted.

Accordingly, the stipulation to extend case management deadlines is **GRANTED** in part and **DENIED** in part. Deadlines are **RESET** as follows:

- Amend pleadings/ add parties:  closed
- Initial experts:  closed
- Rebuttal experts:  closed
- Discovery cutoff:  January 22, 2024
- Dispositive motions:  February 21, 2024
- Joint pretrial order:  March 22, 2024, 30 days after resolution of dispositive motions, or further Court order.

**NO FURTHER EXTENSIONS WILL BE GRANTED**.

IT IS SO ORDERED.

Dated: November 21, 2023

_____
Nancy J. Koppe
United States Magistrate Judge