RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 010089
Jinsley-micheri@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
Telephone:  (702) 839-1100
Facsimile:   (702) 839-1113
*Attorneys for Defendant,*
*State Farm Fire and Casualty Co.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NANCY SORIANO, individually,<br><br>                    Plaintiff<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY INSURANCE COMPANY,<br><br>                    Defendant | CASE NO. 2:23-cv-00305-CDS-NJK<br><br>**STIPULATION AND ORDER**<br>**OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between TRAYSEN TURNER, ESQ., of THE PAUL POWELL LAW FIRM, attorneys for plaintiff, NANCY SORIANO and JENNIFER INSLEY MICHERI, ESQ., of the law firm of DENNETT WINSPEAR, LLP, attorneys for defendant, STATE FARM FIRE AND CASUALTY INSURANCE COMPANY that the within matter be dismissed, with prejudice, each party to bear their own attorneys fees and costs.

. . .

. . .

. . .

. . .

. . .

. . .

1 | IT IS FURTHER STIPULATED that all matters presently pending before the Court, if any, and all future dates regarding discovery and pre-trial motions be vacated.

DATED: _____   DATED: 1.23.24

**THE PAUL POWELL LAW FIRM**         **DENNETT WINSPEAR, LLP**

By_____                   By_____
TRAYSEN TURNER, ESQ.                 JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 16017                 Nevada Bar No. 10089
8918 Spanish Ridge Ave., Suite 100   3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89148              Las Vegas, Nevada 89129
Telephone: 702-728-5500              Telephone: 702-839-1100
*Attorneys for Plaintiff,*           *Attorneys for Defendant, State Farm*
*Nancy Soriano*                      *Fire and Casualty Insurance Company*

## ORDER

UPON STIPULATION OF COUNSEL and good cause appearing,

IT IS SO ORDERED.

The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE

Dated: January 24, 2024

Submitted by:

**DENNETT WINSPEAR, LLP**

By_____
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 010089
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone:  (702) 839-1100
Facsimile:  (702) 839-1113
*Attorneys for Defendant,*
*State Farm Fire and Casualty Co*